JACOB D. BUNDICK, ESQ. (NV Bar No. 9772)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
bundickj@gtlaw.com
*Counsel for Defendant*
*Bank of America N.A. for itself*
*and as successor by*
*merger to FIA Card Services NA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM VANAMANN, individually and on behalf others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIA CARD SERVICES NA<br>1100 North King Street<br>Wilmington DE 19884,<br><br>Defendants | Case No.: 2:16-cv-01071-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR BANK OF AMERICA, N.A. TO RESPOND TO THE COMPLAINT**<br><br>(Third Request) |

COME NOW, Defendant BANK OF AMERICA, N.A., for itself and as successor by merger to FIA CARD SERVICES, NA ("Defendant" or "BANA"),[1] and Plaintiff KIM VANAMANN ("Plaintiff"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

1. Another putative nationwide class action against BANA, containing substantially similar allegations, *Pastor v. Bank of America, N.A.*, Case No. 3:15-cv-03831-MEJ (N.D. Cal. Aug. 21, 2015) ("*Pastor*"), filed on August 21, 2015, nearly a year before this case was filed on June 20, 2016, is currently pending in the Northern District of California. Like this action, *Pastor* involves allegations that BANA accessed Plaintiff's credit information without a permissible purpose under

---

[1] Effective October 2014, FIA Card Services, N.A. merged into and under the charter of BANA. BANA is the surviving entity.

ATL 21602192v3

1  the Fair Credit Reporting Act, 15 U.S.C. Section 1681 *et seq.*

2      2.   BANA has reached a settlement agreement in *Pastor* and BANA contends that Vanamann's claims are the same as those that are being resolved in *Pastor*.

    3.   The Parties are entering into this stipulation in good faith and not for purposes of delay.

    IT IS HEREBY STIPULATED THAT:

    4.   The deadline for BANA to respond to the Complaint is hereby extended to November 14, 2016. The extension will allow the parties to complete a settlement of the matter.

Dated: October 13th, 2016

**GREENBERG TRAURIG, LLP**

By: *Jacob Bundick*
    JACOB D. BUNDICK, ESQ.
    Nevada Bar No. 9772
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, Nevada 89169
    Telephone: (702) 792-3773
    Facsimile: (702) 792-9002
    Email: bundickj@gtlaw.com

*Attorneys for Defendant BANA*

IT IS SO ORDERED.

Dated: October 13th, 2016

**CHRISTOPHER P. BURKE, ESQ.**

By: *Chris Burke*
    CHRISTOPHER P. BURKE, ESQ.
    Nevada Bar No. 4093
    218 S. Maryland Parkway
    Las Vegas, NV 89101
    Phone: 702-385-7987
    Email: atty@cburke.lvcoxmail.com
    *Attorneys for Plaintiff*

**ORDER**

_____
US MAGISTRATE JUDGE
DATED: October 14, 2016