| | |
|---|---|
| 1 | JACOB D. BUNDICK, ESQ. (NV Bar No. 9772) |
| 2 | GREENBERG TRAURIG, LLP |
|   | 3773 Howard Hughes Parkway, Suite 400N |
| 3 | Las Vegas, Nevada 89169 |
|   | Telephone: (702) 792-3773 |
| 4 | Facsimile: (702) 792-9002 |
| 5 | bundickj@gtlaw.com |
|   | *Counsel for Defendant* |
| 6 | *Bank of America N.A. for itself* |
|   | *and as successor by* |
| 7 | *merger to FIA Card Services NA* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM VANAMANN, individually and on behalf others similarly situated, | Case No.: 2:16-cv-01071-RFB-CWH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE RE: STATUS OF SETTLEMENT DOCUMENTS** |
| v. | |
| FIA CARD SERVICES NA 1100 North King Street Wilmington DE 19884, | (First Request) |
| Defendants | |

COME NOW, Defendant BANK OF AMERICA, N.A., for itself and as successor by merger to FIA CARD SERVICES, NA ("Defendant" or "BANA"),[1] and Plaintiff KIM VANAMANN ("Plaintiff"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

///

///

///

///

---

[1] Effective October 2014, FIA Card Services, N.A. merged into and under the charter of BANA. BANA is the surviving entity.

Page 1 of 2

ATL 22354661v1

IT IS HEREBY STIULATED THAT:

1. The Defendant BANA and Plaintiff have agreed to extend the deadline scheduled for October 9, 2017 to November 10, 2017. The extension will allow the parties to complete a settlement of the matter.

Dated: October 4, 2017.

**GREENBERG TRAURIG, LLP**

By: */s/Jacob D. Bundick*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:(702) 792-3773
Facsimile: (702) 792-9002
Emails: bundickj@gtlaw.com

*Attorneys for Defendant BANA*

Dated: October 4, 2017.

**CHRISTOPHER P. BURKE, ESQ.**

By: */s/Christopher P. Burke*
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No. 4093
218 S. Maryland Parkway
Las Vegas, NV 89101
Phone: 702-385-7987
Email: atty@cburke.lvcoxmail.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

US MAGISTRATE JUDGE

DATED: October 11, 2017

ATL 22354661v1