Christopher P. Burke, Esq.
Nevada Bar No. 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Parkway
Las Vegas NV 89101
(702) 385-7987
Attorney for Plaintiff
Kim Vanamann

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kim Vanamann, individually and on behalf others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIA CARD SERVICES NA<br>1100 North King St.<br>Wilmington DE 19884<br><br>Defendant. | Case No.: 2:16-cv-01071-RFB-CWH<br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE RE: STATUS OF SETTLEMENT DOCUMENTS** |

COME NOW, Plaintiff Kim Vanamann ("Vanamann"), and Defendant Bank of America, N.A., for itself and as successor by merger to FIA Card Services, NA ("Defendant" or "BANA"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

IT IS HEREBY STIPULATED THAT:

1. The Plaintiff and Defendant BANA have agreed to extend the deadline scheduled for December 15, 2017 to January 26, 2018. The extension will allow the parties

1

to complete a settlement of the matter.

Dated: December 15, 2017

Christopher P. Burke, Esq.

By: */S/ Christopher P. Burke. Esq.*
  Christopher P. Burke, Esq.
  Nevada Bar No. 004093
  atty@cburke.lvcoxmail.com
  218 S. Maryland Parkway
  Las Vegas, NV 89101
  (702) 385-7987
  *Attorney for Plaintiff*

Dated: December 15, 2017

Greenberg Trauring, LLP

By: */S/ Jacob D. Bundick, Esq.*
  Jacob D. Bundick, Esq.
  Nevada Bar No. 9772
  bundickj@gtlaw.com
  3773 Howard Hughes Parkway
  Suite 400 North
  Las Vegas, NV 89169
  (702) 792-3773
  *Attorney for Defendant BANA*

## **ORDER**

IT IS SO ORDERED.

_____
US ~~DISTRICT~~ MAGISTRATE JUDGE

DATED: December 18, 2017