1  Jacob D. Bundick, Esq.
   NV Bar No. 9772
2  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway
3  Suite 400N
   Las Vegas, Nevada 89169
4  Tel:   702.792.3773
   Fax:   702.792.9002
5  Email: bundickj@gtlaw.com

6  *Attorneys for Defendant*
   *Bank of America N.A. for itself and as successor by*
7  *merger to FIA Card Services NA*

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

12

13  KIM VANAMANN, individually and on behalf     Case No. 2:16-cv-01071-RFB-CWH
    of others similarly situated,
14                                               **STIPULATION AND [PROPOSED]
                    Plaintiff,                   ORDER FOR FINAL EXTENSION OF
15                                               DEADLINE RE: STATUS OF
                    vs.                          SETTLEMENT DOCUMENTS**
16
    FIA CARD SERVICES NA
17  1100 North King Street
    Wilmington DE 19884,
18
                    Defendants.
19

20       COMES NOW Defendant Bank of America, N.A. for itself and as successor by merger to

21  FIA Card Services, NA ("Defendant or "BANA") and Plaintiff Kim Vanamann ("Plaintiff"), by

22  and through their respective counsel of record in the above-captioned matter, and hereby stipulate

23  and agree, pursuant to LR 7-1, as follows:

24       IT IS HEREBY STIPULATED THAT:

25  1.   The Plaintiff and Defendant BANA have reached an agreement on all terms of a

26  settlement agreement.  Plaintiff and Defendant BANA are now in the process of executing the

27  agreement.

28  2.   The Plaintiff and Defendant BANA have agreed to extend the deadline scheduled for

DB1/ 95286557.1

Stipulation and Proposed Order for Final Extension of
Deadline Re: Status of Settlement Documents.
2:16-CV-01071-RFB-CWH

January 26, 2018 to February 26, 2018. The extension will allow the parties to complete a settlement of the matter.

Dated: January 24, 2018

| | |
|---|---|
| GREENBERG TRAURIG, LLP | CHRISTOPHER P. BURKE, ESQ. |
| /s/ Jacob D. Bundick | /s/ Christopher P. Burke |
| Jacob D. Bundick, Esq. | Christopher P. Burke, Esq. |
| 3773 Howard Hughes Parkway | 218 S. Maryland Parkway |
| Suite 400N | Las Vegas, NV 89101 |
| Las Vegas, Nevada 89169 | Tel: 702.385.7987 |
| Tel: 702.792.3773 | atty@cburke.lvcoxmail.com |
| Fax: 702.792.9002 | |
| bundickj@gtlaw.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant Bank of America N.A.* | |
| *for itself and as successor by merger to FIA* | |
| *Card Services NA* | |

IT IS SO ORDERED.

DATED: January 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

DB1/ 95286557.1

2

Stipulation and Proposed Order for Final Extension of
Deadline Re: Status of Settlement Documents.
2:16-CV-01071-RFB-CWH

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2018, a true and correct copy of the foregoing Stipulation and Proposed Order for Final Extension of Deadline re: Status of Settlement Documents was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Christopher P. Burke, Esq.
218 S. Maryland Parkway
Las Vegas, NV 89101
atty@cburke.lvcoxmail.com
*Attorneys for Plaintiff*

            */s/ Sandy Jackson*
An employee of Greenberg Traurig, LLP