Christopher P. Burke, Esq.
Nevada Bar No. 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Parkway
Las Vegas NV 89101
(702) 385-7987
Attorney for Plaintiff
Kim Vanamann

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kim Vanamann, individually and on behalf others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIA CARD SERVICES NA<br>1100 North King St.<br>Wilmington DE 19884<br><br>Defendant. | Case No.: 2:16-cv-01071-RFB-CWH |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS COMPLAINT WITH PREJUDICE

COME NOW, Plaintiff Kim Vanamann ("Vanamann"), and Defendant Bank of America, N.A., for itself and as successor by merger to FIA Card Services, NA ("Defendant" or "BANA"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

1

IT IS HEREBY STIPULATED THAT:

1. The parties agree and consent to dismiss this action with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated: February 12, 2018 | Dated: February 12, 2018

Christopher P. Burke, Esq. | Greenberg Trauring, LLP

By: */s/ Christopher P. Burke. Esq.*
Christopher P. Burke, Esq.
Nevada Bar No. 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Parkway
Las Vegas, NV 89101
(702) 385-7987
*Attorney for Plaintiff*

By: */s/ Jacob D. Bundick, Esq.*
Jacob D. Bundick, Esq.
Nevada Bar No. 9772
bundickj@gtlaw.com
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
(702) 792-3773
*Attorney for Defendant BANA*

**<u>ORDER</u>**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

DATED: February 13, 2018.